## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELIZABETH CRAWFORD, ) | |
| ) | Civil Action No:  15-0004 (RJL) |
| Plaintiff, ) | ECF |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, et al. ) | |
| ) | |
| Defendants. ) | |

### <u>JOINT STIPULATION OF DISMISSAL OF DEFENDANT CHRIS TUDOR</u>

Plaintiff Elizabeth Crawford has sued defendants United States of America, U. S. House of Representatives, and Chris Tudor under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671-2680, for money damages arising from the alleged "negligent or wrongful act or omission of [an] employee of the Government while acting within the scope of his office or employment." Upon review of the complaint, Daniel F. Van Horn, Chief, Civil Division, Office of the United States Attorney for the District of Columbia, issued a Westfall Act certification, pursuant to 28 U.S.C. § 2679(d), consistent with the allegations in the complaint.  *See* Ex. A hereto.

Consequently, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the parties stipulate to the voluntary dismissal, without prejudice, of all claims against Defendant Chris Tudor, with each party to bear its own costs and fees.  No answer or motion for summary judgment has been filed by this defendant.  This stipulation does not affect plaintiff's claims for money damages against defendant United States of America, and the United States will file a separate answer or other response to the complaint. Dismissal of defendant Tudor is appropriate, because only the United States is a proper defendant to an FTCA suit, not a particular federal

agency, its subdivisions, or its employees.  *See* 28 U.S.C. § 2679(a); *Upshaw v. United States*, 669 F. Supp. 2d 32, 39 (D.D.C. 2009); *Cox v. Secretary of Labor*, 739 F. Supp. 28, 29 (D.D.C. 1990) (suit against the Secretary of Labor rather than the government itself must be dismissed for lack of subject matter jurisdiction) (citing numerous cases).

As provided in Rule 41(a), this notice of dismissal without prejudice will be effective upon filing, without the need for a Court order.

Respectfully submitted,

/s/ Benjamin D. Pelton
Benjamin D. Pelton, Esquire
Law Offices
2300 Clarendon Blvd., Suite 700
Arlington, VA  22201

(Attorney for Plaintiff)


VINCENT H. COHEN, JR.
Acting United States Attorney, D.C. Bar #471489

DANIEL F. VAN HORN, DC Bar # 924092
Chief, Civil Division

_/s/_ John G. Interrante
JOHN G. INTERRANTE, PA Bar # 61373
Assistant United States Attorney
Civil Division
555 4th Street, NW, Room E-4808
Washington, DC 20530
Tel: 202.252.2519
Fax: 202.252.2599
Email: John.Interrante@usdoj.gov

(Attorney for federal Defendants)